UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BASILENE L. HENSON,                         )
                                            )
            Plaintiff,                      )
                                            )           CIVIL ACTION NO.
VS.                                         )
                                            )           3:13-CV-1151-G (BN)
JACOB J. LEW, Secretary of the              )
Treasury,                                   )
                                            )
            Defendant.                      )

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this

case and of the findings, conclusions, and recommendation of the United States

Magistrate Judge dated November 3, 2014, the court finds that the findings,

conclusions, and recommendation of the magistrate judge are correct and they are

accepted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation

of the United States Magistrate Judge are accepted.

December 8, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**